UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**Janine Boudreau, et al.**

    **v.**                                  Case No. 10-cv-189-PB

**United States of America, et al.**

### SEALED ORDER

My prior order (Doc. No. 4) referring this matter to the Magistrate Judge for a Report & Recommendation is vacated.

To the extent that plaintiffs' Complaint for Injunctive Relief seeks a temporary restraining order as a requested form of relief, the request is denied without prejudice to plaintiffs' right to renew their request by filing a motion for temporary restraining order that complies with Fed. R. Civ. P. 65 and Local Rules 7.1 and 65.1.

SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

May 17, 2010

cc: Daniel R. Deutsch, Esq.